[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 15, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-14322
Non-Argument Calendar

_____

D. C. Docket No. 07-60289-CR-DMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HERBERT SILER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(April 15, 2009)

Before: MARCUS, PRYOR and COX, Circuit Judges

PER CURIAM:

Michael B. Cohen, appointed counsel for Herbert Siler in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Siler's conviction and sentence are **AFFIRMED**.